## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
### Eastern Division

Larry R Butts, et al.

                                      Plaintiff,

v.

                                       Case No.: 1:12−cv−04887
                                       Honorable John F. Grady

National Railroad Passenger Corporation, et al.

                                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, February 3, 2014:

      MINUTE entry before the Honorable John F. Grady: On January 30, 2014, the parties filed a stipulation to dismiss with prejudice. Accordingly, this action is dismissed with prejudice, with each party to bear its own costs. The status hearing set for February 5, 2014 is stricken. No appearance is required on that date. Civil case terminated. Mailed notice(cdh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.